02-12-332-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00332-CV 

 

 


 
 
 Jessica Jackson Hill 
 
 
  
 
 
 APPELLANT 
 AND APPELLEE
 
 
 
 
  
 V.
  
 
 
 
 
 Steven Hill 
 
 
  
 
 
 APPELLEE
 AND APPELLANT 
 
 


 

 

------------

 

FROM THE 393rd
District Court OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered cross appellant's “Unopposed Motion To
Dismiss Cross Appeal.”  It is the court=s
opinion that the motion should be granted; therefore, we dismiss the cross appeal. 
See Tex. R. App. P. 42.1(a)(1), 43.2(f).

          

Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
WALKER, MCCOY, and MEIER, JJ.  

 

DELIVERED:
 September 20, 2012








 

 









[1]See Tex. R. App. P. 47.4.